

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2015

No. 04-14-00267-CV

**DIATHEGEN, LLC,**
Appellant

v.

**PHYTON BIOTECH, INC.,** Phyton Biotech, LLC, Phyton Biotech, GmbH,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17463
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

The Appellees/Cross-Appellant's Motion to Extend Deadlines for Motion for Rehearing is GRANTED. Time is extended to September 25, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court